**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 03-7605

_____

KALVIN MARSHALL,

                              Plaintiff - Appellant,

        versus

DOCTOR ABBASI; Medical Doctor; MS. STAZEWSKI,
Medical Nurse,

                              Defendants - Appellees.

_____

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.  Gerald Bruce Lee, District
Judge.  (CA-02-517-AM)

_____

Submitted: February 19, 2004        Decided:  February 25, 2004

_____

Before NIEMEYER, GREGORY, and SHEDD, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

Kalvin Marshall, Appellant Pro Se.  John David McChesney, RAWLS &
MCNELIS, P.C., Richmond, Virginia, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Kalvin Marshall seeks to appeal the district court's adverse grant of summary judgment and entry of judgment in favor of Dr. Abbasi in Marshall's action filed pursuant to 42 U.S.C. § 1983 (2000). This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2000), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2000); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541 (1949). The order Marshall seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We deny Marshall's motion for appointment of counsel because this appeal presents no complex or substantial issue of law. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED